MISELLY MASONS, INC., A NEW JERSEY CORPORATION, PLAINTIFF-APPELLANT, v. D. H. OVERMYER CO., INC., A NEW JERSEY CORPORATION; PEOPLES TRUST COMPANY OF BERGEN COUNTY, A BANKING CORPORATION OF THE STATE OF NEW JERSEY; GIBBONS CONSTRUCTION COMPANY, INC., A CORPORATION OF THE STATE OF NEW JERSEY; GREEN AND WHITE CONSTRUCTION COMPANY, INC., A CORPORATION; MIDDLESEX CONCRETE PRODUCTS AND EXCAVATING COMPANY, A CORPORATION OF THE STATE OF NEW JERSEY; BEST BLOCK COMPANY, INC., A CORPORATION OF THE STATE OF NEW JERSEY; UTILITY-SEBOLT CO., A CORPORATION OF THE STATE OF NEW JERSEY; AND ISIDORE FRIEDMAN, DEFENDANTS-RESPONDENTS.

Argued February 8, 1971—Decided March 8, 1971.

*Mr. Morton Joel Goldfein* argued the cause for appellant (*Messrs. Greenbaum, Greenbaum & Rowe,* attorneys; *Mr. Arthur M. Greenbaum,* of counsel).

*Mr. Edward P. Lynch* argued the cause for respondent D. H. Overmyer Co., Inc. (*Messrs. Pitney, Hardin & Kipp,* attorneys; *Mr. Clyde A. Szuch,* of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion filed in the Appellate Division. (113 *N. J. Super.* 524 (1970))

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, PROCTOR, HALL and SCHETTINO—5.

*For reversal*—None.